REID E. DAMMANN (SBN: 249031)
rdammann@grsm.com
JULIANA C. FERRAZ (SBN: 293851)
jferraz@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5065
Facsimile: (213) 680-4470

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CSTECHUS, INC., a California Corporation<br><br>                    Plaintiff,<br><br>    vs.<br><br>EARTH ANIMAL VENTURES, INC., a California Corporation,<br><br>                    Defendant. | CASE NO. 3:19-cv-02274-AJB-MSB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>**[Fed. R. Civ. P. Rule 41(a)(1)(A)(i)]**<br><br>Judge: Hon. Anthony J. Battaglia |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff CSTECHUS, INC., ("CSTECHUS") hereby dismisses without prejudice Defendant EARTH ANIMAL VENTURES, INC., ("EARTH ANIMAL") from all causes of action set forth in EARTH ANIMAL'S Complaint, and all claims arising from the allegations contained therein.

| | |
|---|---|
| Dated: February 28, 2020 | GORDON REES SCULLY MANSUKHANI, LLP<br><br>By: */s/ Reid E. Dammann*<br>       Reid E. Dammann, Esq.<br>       Juliana C. Ferraz, Esq.<br>       Attorneys for Plaintiff<br>       CSTECHUS, INC. |

-1-
**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**